App. Div. 168.) The evidence in the record supports the decree of the surrogate which should be affirmed. Decree of the surrogate unanimously affirmed, with separate bills of costs to the appellant-respondent and the special guardian. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

## (January 15, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO CAIAZZO, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.— Application to extend time within which to perfect appeal. Application granted and time within which to perfect appeal extended to May, 1941, Order and General Calendar Term of this court. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Petition of B. BROWN COGGSHALL and ARCHIE L. COGGSHALL, as Executors, etc., of SARA B. COGGSHALL, Deceased, Respondents, to Compel JOHN J. HARE, as Executor, etc., of ELLEN A. BROWN, Deceased, Appellant, to Account and Render and File an Account of His Proceedings as Executor.— Motion to dismiss appeal granted, with twenty-five dollars costs against the executor personally. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ. [See, also, ante, p. 848.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE FREDERICKS, Appellant.— Motion to extend time within which to perfect appeal. Motion granted and time within which to perfect appeal extended to February 1, 1941. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO NATOLI, Appellant, v. NEIL D. LEWIS, Sheriff of Chenango County, Respondent.— Motion granted. Stay continued. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER A. RATHBOURNE, Appellant, v. WILLIAM E. SNYDER, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Application to perfect appeal on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of JOSEPH VAN BUEGHAN, Respondent, against HYMAN GASLOW, Respondent, and EAGLE INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by carrier. Claimant was sent to take down partition which his employer had purchased from a tenant who had recently vacated premises located at 535 Broadway, New York city, which was the property of 535 Broadway Corporation of which claimant's employer was the president. The employer was insured as an individual doing business as Reliable Office Furniture Company and in the latter capacity was removing partitions which he had purchased and also fitting the premises for new tenants. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of MURRAY DANIELS, Appellant, against MAX UDELL SONS & Co. and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and matter remitted to the State Industrial Board upon the grounds that the only material medical proof was given by Dr. Geller, which is equivocal. Hill, P. J., Bliss and Heffernan, JJ., concur; Crapser and Schenck, JJ., dissent upon the ground that the undisputed